IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANGELA N.,

            Plaintiff,

v.                                        CIVIL ACTION NO.   3:24-0540

FRANK BISIGNANO,
Commissioner of Social Security,

            Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court deny Plaintiff's request for judgment on the pleadings (ECF No. 10); grant Defendant's request to affirm the decision of the Commissioner (ECF No. 11); and dismiss this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Plaintiff's request for judgment on the pleadings (ECF No. 10); **GRANTS** Defendant's request to affirm the decision of the Commissioner (ECF No. 11); and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:	August 6, 2025

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE